IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

STEVAN T. RADAKOVICH,

        Plaintiff,

v.                                                  No. 12-1216-SAC

PORTFOLIO RECOVERY ASSOCIATES, INC.
& PORTFOLIO RECOVERY ASSOCIATES, LLC,

        Defendants.

MEMORANDUM AND ORDER

This diversity case, removed from state court, comes before the court Plaintiff's motion to amend his complaint. Defendants have recently notified the Court that they do not oppose the motion (Dk. 30). Accordingly, Plaintiff's motion to amend his complaint (Dk. 27) is granted. Defendants' motion to dismiss Plaintiff's prior complaint (Dk. 23) is thus denied as moot. Defendants' motion for an extension of time in which to file a reply in support of their motion to dismiss (Dk. 31) is also denied as moot.

SO ORDERED.

Dated this 10th day of October, 2012, at Topeka, Kansas.

                                          s/ Sam A. Crow
                                          Sam A. Crow, U.S. District Senior Judge