IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

STEVAN T. RADAKOVICH,

    Plaintiff,

    v.                         No. 12-1216-SAC

PORTFOLIO RECOVERY ASSOCIATES, INC.
& PORTFOLIO RECOVERY ASSOCIATES, LLC,

    Defendants.

MEMORANDUM AND ORDER

On May 7, 2013, the Magistrate Judge issued a report and recommendation pursuant to 28 USC § 636(b)(1)(B) that this case be dismissed with prejudice. That order permitted the parties to file written objections to its findings of fact, conclusions of law, or recommendations within 14 days after service of that order. The stated time has passed, and no objections have been filed.

Accordingly, having reviewed the record, the Court adopts the report and its recommendation as its ruling.

IT IS THEREFORE ORDERED that Defendants' motion to enforce agreed stipulation of dismissal with prejudice (Dk. 44) is granted.

Dated this 28th day of May, 2013, at Topeka, Kansas.

                                        s/ Sam A. Crow
                                        Sam A. Crow, U.S. District Senior Judge